IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DAVID BROOKINS, | : | |
| *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ et al., | : | No. 14-2645 |
| *Respondents*. | : | |

# O R D E R

**AND NOW**, this 15th day of June, 2018, upon consideration of the Petition and Supplemental Petition for Writ of *Habeas Corpus* filed by Petitioner John David Brookins (Doc. Nos. 1, 10, and 13), the Answers in Opposition thereto (Doc. Nos. 12 and 14), Magistrate Judge David R. Strawbridge's Report & Recommendation (Doc. No. 18), Petitioner's Objections to the Report & Recommendation (Doc. No. 23), and the Response thereto (Doc. No. 24), it is **ORDERED** that:

1. The Petitioner's Objections (Doc. No. 23) are **OVERRULED**.

2. The Report & Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

3. The Petition for Writ of *Habeas Corpus* (Doc. No. 1) is **DISMISSED** with prejudice without an evidentiary hearing.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE